1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BENJAMIN KINGSLEY (NYBN 4758389)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6937
       FAX: (415) 436-7234
7      Benjamin.Kingsley@usdoj.gov

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,           ) CASE NO: CR 14-355 EMC
                                         )
13 |         Plaintiff,                  ) STIPULATION TO EXCLUDE TIME AND
                                         ) [PR~~OPOS~~ED] ORDER
14 |    v.                               )
                                         )
15 | JASON GEORGE RIVERA, JR. and        )
   | MARC CHRISTOPHER HARMON,            )
16 |                                     )
   |         Defendants.                 )
17 |                                     )

18         On February 25, 2015, the parties appeared before the Court for a status conference. Defendant

19 Rivera was represented by Ethan A. Balogh and defendant Harmon was represented by Richard Tamor.

20 The government was represented by AUSA Ben Kingsley. At the hearing, at the request of the parties,

21 the Court continued the matter for a trial setting hearing on April 29, 2015. In so doing, the Court once

22 maintain the designation of this case as complex, given its nature and the amount of discovery involved,

23 and excluded the time between February 25, 2015 and April 29, 2015 under the Speedy Trial Act

24 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B). The Court found, and the parties agree, that excluding

25 time until April 29, 2015 will allow for the effective preparation of counsel, and that the ends of justice

26 served by this delay outweigh the defendants' and the public's interest in a speedy trial. *See* 18 U.S.C.

27 § 3161(h)(7)(B)(ii).

28         IT IS SO STIPULATED.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

DATED: March 2, 2015 /s/
ETHAN BALOGH
Counsel for Defendant Jason George Rivera, Jr.

DATED: March 2, 2015 /s/
RICHARD TAMOR
Counsel for Defendant Marc Christopher Harmon

DATED: March 2, 2015 /s/
BENJAMIN KINGSLEY
Assistant United States Attorney

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER

# [PROPOSED] ORDER

The Court finds that the exclusion of the period from February 25, 2015 and April 29, 2015 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for defendants Rivera and Harmon the reasonable time necessary for effective preparation and of counsel, taking into account the particular complexity of the case and the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

DATED: 3/6/15



HON. _____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER